**FILED**

February 24, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ JU

DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **LINDA MCFADDEN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **CASE NO. 5:22-CV-109-OLG** |
| | § | |
| **SEATTLE BANK AND PHH MORTGAGE** | § | |
| **CORPORATION,** | § | |
| | § | |
| *Defendants.* | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court is the Joint Stipulation of Dismissal With Prejudice Pursuant to FRCP Rule 41(a)(1)(A)(ii) ("Stipulation") filed by Plaintiff, Linda McFadden ("Plaintiff"), and Defendants, Seattle Bank and PHH Mortgage Corporation (collectively, "Defendants") (Plaintiff and Defendants collectively, "Parties").  After reviewing the Stipulation, and all relevant filings, and finding that all Parties are in agreement, the Court finds that the requested dismissal with prejudice should be **GRANTED**.

It is therefore **ORDERED, ADJUDGED AND DECREED** that the above civil case, and all claims asserted therein, are hereby dismissed, with prejudice to the refiling of the same.

If is further **ORDERED, ADJUDGED AND DECREED** that all costs of court and attorney's fees incurred shall be borne by the Party incurring the same.

SIGNED and ENTERED this  24th day of   February        , 2022.

_____
Hon. Orlando L. Garcia
Chief United States District Judge

4896-0789-9152.1

AGREED AS TO FORM
AND SUBSTANCE:

_/s/ D. Kimberli Wallace (by permission)_
D. Kimberli Wallace
Attorney at Law
Texas Bar No. 00792901
1560 E. Southlake Blvd.
Suite 100
Southlake, Texas 76092
Tel. (817) 745-4581
Fax (817) 953-7000
Email: KWallace@kwlawfirm.net

**_Attorney for Plaintiff_**

_/s/ Brett W. Schouest_
Brett W. Schouest
State Bar No. 17807700
BSchouest@dykema.com
Neyma E. Figueroa
State Bar No. 24097684
nfigueroa@dykema.com
**DYKEMA GOSSETT PLLC**
112 East Pecan St., Suite 1800
San Antonio, Texas 78205
(210) 554-5500 – Telephone
(210) 226-8395 – Facsimile

**_Attorneys for Defendants_**